# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LYNN GUEVARA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-01420-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF<br><br>(ECF No. 10) |

Before the Court is the parties' stipulation for an extension of time in which the Commissioner of Social Security may file its responsive brief in this review of the agency's denial of social security benefits. For good cause shown, the Court hereby approves the stipulation and ORDERS that the Commissioner shall have through March 7, 2025, to file a responsive brief. The scheduling order otherwise remains controlling. (ECF No. 5.)

IT IS SO ORDERED.

Dated: **January 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge